## FORM FOR USE IN APPLICATIONS
## FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

RECEIVED

_Wallace Rivers_
Name

2005 DEC 15  A 9: 42

_# 106459_
Prison Number

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_W. C. Holman Correctional Facility_
Place of Confinement

United States District Court _For The Middle_ District of _Alabama_

Case No. _1:05cv 1194-T_
(To be supplied by Clerk of U. S. District Court)

_Wallace Rivers_____ , PETITIONER
(Full Name)   (Include name under which you were convicted)

_Grant Culliver, State of Alabama_____ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _Alabama_____

_____ , ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered.  If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

### PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury.  Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is</u>:

P.O. Box 711
Montgomery, Alabama 36101

_____
_____

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack *Circuit Court of Houston County, Dothan, Alabama*

2. Date of judgment of conviction *December 16, 1980 and April 23, 1981*

3. Length of sentence *life w/o* Sentencing Judge *Jerry M. White*

4. Nature of offense or offenses for which you were convicted: _murder_

5. What was your plea?   (check one)
   (a) Not guilty  (L)
   (b) Guilty       (  )
   (c) Nolo contendere  (  )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
   _N/A_

6. Kind of trial:     (Check one)
   (a) Jury  (L)
   (b) Judge only  (  )

7. Did you testify at the trial?   Yes  (  )     No  (L)

8. Did you appeal from the judgment of conviction?    Yes  (L)  No  (  )

9. If you did appeal, answer the following:
   (a) Name of court _Alabama Court of Criminal Appeals_
   (b) Result _affirmed_
   (c) Date of result _unknown_
   If you filed a second appeal or filed a petition for certerari in the Supreme Court, give details: _Alabama supreme court_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?   Yes  (L)  No  (  )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _Circuit court of Houston county, Ala._
        (2) Nature of proceeding _Rule 32_
        (3) Grounds raised _The court was without jurisdiction to impose the sentence_

        (4) Did you receive an evidentiary hearing on your petition, application or motion?   Yes  (  )    No  (L)
        (5) Result _Denied_
        (6) Date of result _unknown_

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )    No ( )

(5) Result _____

(6) Date of result _____

(c) As to any third petition, application or motion, give the same information:

(1) Name of Court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )    No ( )

(5) Result _____

(6) Date of result _____

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

(1) First petition, etc.              Yes ( )    No ( )

(2) Second petition, etc.            Yes ( )    No ( )

(3) Third petition, etc.             Yes ( )    No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully.  Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

> CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

- (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
- (b) Conviction obtained by use of coerced confession.
- (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
- (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
- (e) Conviction obtained by a violation of the privilege against self-incrimination.
- (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
- (g) Conviction obtained by a violation of the protection against double jeopardy.
- (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
- (i) Denial of effective assistance of counsel.
- (j) Denial of right of appeal.

A. Ground one: _The court exceeded it jurisdiction to impose the excessive cruel and unusual sentence contrary to fed. law_

Supporting FACTS   (tell your story briefly without citing cases or law):

Specifically, the court improperly and unreasonably exceeded its jurisdiction to impose the resulting sentence of life without parole that was in excess of that allowed pursuant to the Class A conviction contrary to clearly established federal and state laws. Because the Habitual Felon offender Act was not invoked at all, on any motion filed by the state prior to the original sentencing hearing, or sentencing which the state openly admitted on the record was true. The sentencing hearing record presented, proves that petitioner, is actually innocent of the sentence as an Habitual offender.

B. Ground two: _The court lacked jurisdiction to impose the excessive or unauthorized sentence contrary to fed. law_

Supporting FACTS   (tell your story briefly without citing cases or law):

Petitioner incorporates the same ground or facts as set out above at ground one, as if fully made in support of ground two herein.

C. Ground three: _____

Supporting FACTS   (tell your story briefly without citing cases or law):

D.  Ground four: _____

    Supporting FACTS   (tell your story briefly without citing cases or law): _

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

    _____

    _____ N/A _____

    _____

    _____

    _____

    _____

    _____

14. Do you have any petition or appeal now pending in any court, wither state or federal, as to the judgment under attack?    Yes ( )  No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _Hon. Cada M. Carter_____

    (b) At arraignment and plea _//_____ // _____

    (c) At trial _____ // _____ // _____

    (d) At sentencing _____ // _____ // _____

    (e) On appeal _____

(f) In any post-conviction proceeding _____ *N/A* _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____
_____ *N/A* _____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )  No ( ✓ )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No ( ✓ )

(a) If so, give name and location of court which imposed sentence to be served in the future: _____ *N/A* _____

(b) And give date and length of sentence to be served in the future: _____
_____ *N/A* _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )  No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on *November 22, 2005*.
(date)

*Wallace Riller*
Signature of Petitioner