IN THE CIRCUIT COURT
OF HOUSTON COUNTY
ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | * |
| VS | * CASE NO: CC80-639 |
| WALLACE RIVERS | * |

APPEARANCES:

FOR THE STATE:          HON. THOMAS W. SORRELLS
                       District Attorney
                       Houston County Courthouse
                       Dothan, Alabama

FOR THE DEFENDANT:     HON. CADA M. CARTER
                       Attorney At Law
                       P. O. Box 536
                       Dothan, Alabama

On March 17, 1981, the above styled and numbered cause came up for a Motion For A New Trial and a Motion For A Motion For A New Sentencing Hearing before the Honorable Jerry M. White as Presiding Judge, and the following proceedings were had, to-wit:

    THE COURT: Okay. Mr. Carter, you are the Movant
       in this Motion For A New Trial.
    MR. CARTER: Judge, we just stand on the Motion
       For A New Trial. We stand on our Motion.
       And, we won't make an argument.

Petitioner's Exhibit I
1 of 3

THE COURT: All right. And you have a Motion For A New Sentencing Hearing, also.

MR. CARTER: Yes, sir, Judge. In my Sentencing Hearing Motion, we are saying that Wallace shouldn't have been sentenced under the Habitual Offender Act since he was never advised that he could be sentenced under the Habitual Offender Act when he was arraigned I believe is one of my grounds. And I don't believe at the time of the arraignment he was advised or has ever been advised that he could be sentenced under that Habitual Offender Act. And, we filed the Motion on that condition, that he shouldn't have been sentenced on the Habitual Offender Act.

MR. SORRELLS: Judge, we comment on that as that I don't know of any law that requires that he be notified at arraignment about that. It only deals with punishment. We don't recall what kind of notice --- I know we gave oral notice and I know that I talked with Mr. Carter and advised him of what cases we were planning on going on. However, whether or not that complies with the rule for notice, whether written notice has to be --- it doesn't say. I don't know what the Supreme Court's interpretation is. If that is true, it might be necessary to have another sentencing hearing. But, I don't think that that he can say it can not be complied to because he was never

>           advised at arraignment of the fact that the
>           Habitual Offender --- there is no rule that
>           I know of ---

THE COURT: No.

MR. SORRELLS: It just says that the State shall
>           move for it and then give notice to the
>           Defendant.

THE COURT: Where are the Minute Entries --- here
>           they are. (Studies the documents in question.)
>           All right. Now, the Motion For a New Trial
>           is denied. However, the Motion For a New
>           Sentencing Hearing is granted. And I want
>           you to give him written notice and file it
>           with the Clerk if you intend to go under the
>           Habitual Offender Act, the offenses that you
>           intend to depend upon. And, that New Sen-
>           tencing Hearing is set for April 23 at 9:00
>           o'clock A. M. And if you will please, ma'am,
>           notify the Sheriff to have Wallace Rivers on
>           that day. And, I will have an order to that
>           affect.

PROCEEDINGS CONCLUDED