MR. BARR: Yes, sir.

THE COURT: And, you have handed it to the Clerk?

MR. BARR: Yes, sir.

THE COURT: All right. Read that verdict, Mrs. Trant.

MRS. TRANT: We the Jury find the Defendant, Wallace Rivers, guilty of Murder as charged in Count one of the Indictment.

THE COURT: All right.

(Thereupon, the Court polled the Jury as to their verdict being unanimous and the following proceedings were had, to-wit:)

THE COURT: All right. Let the Record show that the Court has polled the Jury and that each and every member of the Jury replies that the verdict was his or hers.

(Thereupon, the Trial Jury was discharged from their services in the above styled and numbered cause and the following proceedings were had, to-wit:)

THE COURT: All right. Wallace Rivers, approach the Bench.

(Thereupon, the Defendant, Wallace Rivers, and his Attorneys of Record, the Honorable Cada M. Carter and the Honorable John E. Byrd approached the Bench as instructed by the Court and the following proceedings were had, to-wit:)

R-255

*Petitioner's Exhibit II*
*1 of 2*

THE COURT: All right. Now, Wallace Rivers, the Jury having found you guilty of Murder as charged in Count One of the Indictment, based upon that Jury Verdict, I hereby adjudge you guilty of Murder as charged in Count One of the Indictment. Do you have anything to say as to why sentence of law should not be pronounced upon you at this time?

MR. CARTER: Your Honor, we would like a pre-sentence investigation.

THE COURT: All right. Are you asking for a pre-sentence investigation?

MR. SORRELLS: All right. We have a record on him.

THE COURT: I know he has a long record. All right. But, if he asked for a pre-sentence investigation, I have no alternative but to order it. I hereby order a pre-sentence investigation and your sentencing will be set for --- let me see. All right. Your sentencing is set for Monday, January 5, 1981, at 11:00 o'clock A. M.

PROCEEDINGS CONCLUDED

R-256

2 of 2