IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WALLACE RIVERS, #106 459               *

    Petitioner,                              *

v.                                               * CIVIL ACTION NO. 1:05-CV-1194-T

GRANT CULLIVER, WARDEN, *et al.*,   *

    Respondents.                            *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 3), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 19th day of December 2005.

                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE