In The United States District Court
For The Middle District of Alabama
Southern Division

RECEIVED

2006 JAN -5 P 3: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Wallace Rivers,
106459,
   Petitioner,

    vs.

Grant Culliver, Warden, et al.,
   Respondents.

Civil Action No. 1:05-cv-1194-T
(wo)

Motion For The Court To
Set Aside Habeas Corpus petition
And Grant Leave To move The
United States Court of Appeals For
The Eleventh Circuit For an order
authorizing This Court To Consider The
Petitioner's Third habeas corpus petition
And objections To The Recommendation

Now into court comes Wallace Rivers, the pet-
itioner appearing by and through pro se represent-
ation, pursuant to 28 U.S.C. Section 2244(b)(3)
(A) and 28 U.S.C. Section 636(b)(1)(A) and under
the First and Fourteenth Amendments of the United
states Constitution, and moves this court for an
order vacating its order of December 28, 2005

1.

and set the instant petition aside in order for the petitioner to file a subsequent motion to properly move the united states court of Appeals for the Eleventh Circuit for an order authorizing this court to consider the petitioner's instant third habeas corpus petition, and therefore he would state grounds of objections in opposition as follows:

1. Petitioner adopts the facts as set out in this Court's order granting him in forma pauperis together with the facts as set out in this court's order dismissing the instant petition, all of which are incorporated by reference herein.

2. Petitioner is constitutionally entitled to have his instant habeas corpus petition set aside so that he can properly file a subsequent motion or application and move the Eleventh Circuit court of appeals for an order authorizing this court to consider petitioner's third application for habeas corpus relief under 28 U.S.C. section 2244(b)(3). Thus, upon this court's failure to do so would violate the rights of the petitioner under the united states constitution and will result in a fatal miscarriage of justice.

## Memorandum Brief And Argument

Petitioner alleges that he is entitled for this court to enter an order granting his request to set aside his instant habeas petition so that he can move the appropriate circuit court for an order authorizing the district court to consider his instant application attacking his illegal and unauthorized "sentence" as an habitual felony offender and not his conviction contrary to this court's incorrect allegation. See 28 U.S.C. section 2244(b)(3); See also Felker v. Turpin, 83 F.3d 1303, 1305-07 (11th Cir. 1996). The pending application, however, is not a successive one because petitioner attacks his sentence contrary to this court's claim that he attacks his conviction, thus, it may be a second petition but not a successive one like this court incorrectly contends, contrary to the instant and previous records. See Rivers v. Johnson, Civil Action no.1:85-cv-1021-T (M.D. Ala. 1986); see also, Rivers v. Jones, Civil Action no. 1:93-cv-1187-A (M.D. Ala. 1995). If one is "actually innocent" of the sentence imposed, a federal habeas court can excuse the procedural default to correct a fundamentally unjust incarceration. Dugger v. Adams, 489 U.S. at 401, 411 n.6, 109 S. Ct.

3.

1211, 1217 n. 6, 103 L. Ed. 2d 435 (1989). Thus, the ends of justice will demand consideration of the merits of a claim on a successive or second petition, where there is a colorable showing of factual actual innocence of the sentence imposed. Moore v. Kemp, 824 F.2d 847 (11th cir. 1987).

## Conclusion

Wherefore, petitioner respectfully request: 1) That after full consideration this court vacate its order dismissing his habeas petition. 2) That this court set aside petitioner's habeas petition so that he can file an application and move the appropriate circuit court for an order authorizing this court to consider the merits of his instant habeas petition by granting a motion to set said petition aside. 3) That this court grant such other, further and different relief as it may deem just and proper.

Respectfully submitted
Wallace Rivers
Wallace Rivers, 106459
Holman unit 3700
Atmore, Ala. 36503-3700

4.

## Certificate of Service

I hereby certify on this the 2nd day of January, 2006, I served a copy of the foregoing motion on the respondents, by placing the same in the W.C. Holman Correctional Facility's mail box, with postage prepaid and addressed as follows:

State of Alabama
Office of
Attorney General
11 South Union Street
Montgomery, Ala.
36130-0152

Wallace Rivers
Wallace Rivers, 106459
Holman Unit 3700
Atmore, Ala.
36503-3700

5.