IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WALLACE RIVERS, #106 459           *

   Petitioner,                    *

v.                                 *     1:05-CV-1194-MHT-DRB

GRANT CULLIVER, WARDEN, *et al*.,  *

   Respondents.                   *

_____

### ORDER ON MOTION

Pending before the court is Petitioner's request that this court vacate the Recommendation of the Magistrate Judge entered on December 28, 2005. Petitioner seeks to have the Recommendation vacated in order to allow him to file a request with the Eleventh Circuit Court of Appeals to proceed with a successive habeas corpus petition in this court. Petitioner's motion has been read, considered, and shall be denied. The filing of the instant action has no effect or impact on any motion Petitioner may wish to file with the Eleventh Circuit Court of Appeals seeking authorization to file a successive habeas corpus petition in this court.[1]

---

[1] 28 U.S.C. § 2244(b)(3)(A) provides that "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." The court emphasizes that Petitioner must file the "motion" with the Eleventh Circuit and obtain authorization from that court to file his successive petition before this court may examine his claims. If the Eleventh Circuit Court of Appeals grants the motion to file a successive habeas petition, at that time Petitioner may return to this court and file his habeas application.

Accordingly, it is ORDERED that Petitioner's Motion to Vacate the December 28, 2005 Recommendation of the Magistrate Judge (Doc. No. 6) be and is hereby DENIED.

Done this 9th day of January 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE