IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WALACE RIVERS, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>GRANTT CULLIVER, Warden, )<br>and TROY KING, Attorney )<br>General of the State of )<br>Alabama, )<br>)<br>   Respondents. ) | CIVIL ACTION NO.<br>1:05cv1194-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (Doc. No. 6) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 5) is adopted.

(3) The petition for writ of habeas corpus (Doc. No. 1) is denied because the required permission has

not been obtained from the Eleventh Circuit Court of Appeals.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of January, 2006.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE